**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000409**
**02-JUN-2025**
**07:53 AM**
**Dkt. 69 ODMR**

NO. CAAP-24-0000409

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

TONY HAWAII, LLC, dba TONY HONDA, a Hawaii
Limited Liability Company, Plaintiff-Appellee, v.
YVETTE LEILANI MOORE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
‘EWA DIVISION
(CASE NO. 1DRC-23-0006297)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the *Rebuttal of ICA Decision to Dismiss/Judicial Notice, Affidavit of Repudiation/Attorney Notice* filed by Yvette-Leilani Moore on May 29, 2025, which we construe as a motion for reconsideration of our April 23, 2025 Order Dismissing Appeal, and the record,

IT IS HEREBY ORDERED that the Rebuttal, construed as a motion for reconsideration, is denied as untimely. <u>See</u> Hawai‘i Rules of Appellate Procedure Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling[.]").

DATED: Honolulu, Hawai‘i, June 2, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge